No. 18. HUNTER M. MERIWETHER ET AL., PLAINTIFFS IN ERROR, *v.* ANNIE B. WOOD ET AL. In error to the Supreme Court of the State of Kansas. October 22, 1908. Dismissed with costs on motion of counsel for the plaintiffs in error. *Mr. Frank Doster* for plaintiffs in error. No appearance for defendants in error.

---

Nos. 585, 586, 587, 588 and 589. JOAQUIN CELIS, PLAINTIFF IN ERROR, *v.* THE UNITED STATES. In error to the Supreme Court of the Philippine Islands. October 29, 1908. Docketed and dismissed on motion of *Mr. Solicitor General Hoyt* for the defendant in error. *The Attorney General* and *The Solicitor General* for defendant in error. No one opposing.

---

No. 530. JOHN J. HEMPHILL AND KENNETH S. MURCHISON, APPELLANTS, *v.* THE UNITED STATES AND THE CHEROKEE NATION. Appeal from the Court of Claims. November 2, 1908. Appeal dismissed on motion of counsel for appellants. *Mr. John J. Hemphill* for appellants. *The Attorney General* for appellee.

---

No. 11. GEORGE A. TREADWELL ET AL., APPELLANTS, *v.* GEORGE O. MARRS. Appeal from the Supreme Court of the Territory of Arizona. November 4, 1908. Dismissed with costs, pursuant to the tenth rule. *Mr. Charles M. Demond* for appellants. *Mr. T. G. Norris* and *Mr. John M. Ross* for appellee.